# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **DARRYL L. BROWN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO. 2:19-cv-00159-SRW** |
| ) | |
| **FORD MOTOR COMPANY; et al.,** ) | |
| ) | |
| Defendants, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Darryl L. Brown, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Plaintiff, Darryl L. Brown, is an individual bringing this case on his own behalf.

>*/s Earl P. Underwood, Jr.*
>**Earl P. Underwood, Jr.**
>**21 South Section Street**
>**Fairhope, Alabama 36533**
>**Telephone: 251-990-5558**
>**Facsimile: 251-990-0626**
>epunderwood@alalaw.com
>*Attorney for Plaintiff, Darryl L. Brown*

**CERTIFICATE OF SERVICE**

This is to certify that on this 28th day of March 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Bart Cannon
R. Woods Parker, Jr.
HUIE, FERNAMBUCQ & STEWART, LLP
2391 US Highway 280, Suite 200
Suite 200
Birmingham AL 35243
Telephone: 205-251-1193
Facsimile:  205-251-1256
bcannon@huielaw.com
wparker@huielaw.com

                                                         */s/ Earl P. Underwood, Jr.*
                                                         **EARL P. UNDERWOOD, JR.**