IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRYL L. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19cv159-SRW |
| | ) | |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of plaintiff's motion to remand (Doc. 6), it is

ORDERED that defendant shall file a response on or before **April 22, 2019**.

Additionally, the parties are hereby reminded that each has the right to consent or

request reassignment. *See* Doc. 4. The parties should now make their selection in writing

to consent or request reassignment. *See Rembert v. Apfel*, 213 F.3d 1331 (11th Cir. 2000);

Fed. R. Civ. P. 73(b)(2) (the parties are free to withhold consent without fear of adverse

substantive consequences). Accordingly, counsel are

**DIRECTED** to complete the appropriate attached form so that the form is received

by the Clerk on or before **April 15, 2019.**

**Note: CONSENT FORMS MAY NOW BE SUBMITTED**

**ELECTRONICALLY. If a party elects to complete the consent form, counsel may log**

**into the Case Management/Electronic Case File (CM/ECF) system, select the**

**Magistrate Judge Consent Form event, and electronically prepare and submit the**

**form. In the alternative, counsel may complete the attached consent form and mail it to the Clerk of the Court. Do NOT electronically file the consent form into the record. If you have any questions about electronic consent submission, please contact the Clerk's Office.**

      **If a party elects to complete the form requesting reassignment to a district judge, counsel must complete the attached form and mail it to the Clerk's Office. There is no option to log into CM/ECF and electronically submit the reassignment form. Do NOT electronically file the reassignment form into the record.**

      Done, on this the 3rd day of April, 2019.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court.  In accordance with 28 U.S.C. 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or non-jury civil case and order the Entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeal for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge. To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order. Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge. If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRYL L. BROWN,                          )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )   CASE NO. 2:19cv159-SRW
                                          )
FORD MOTOR COMPANY,                       )
                                          )
                                          )
        Defendant.                        )

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

        In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge's conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.


_____        _____
        Date                    Signature


                                _____
                                Counsel For (**print** name of party or parties)


                                _____
                                Address, City, State, Zip Code


                                _____
                                Telephone Number


**Return form to:**
Debra Hackett, Clerk, United States District Court for the Middle District of Alabama,
1 Church Street, B110; Montgomery, Alabama 36104


**OR**


follow instructions in above order to complete online
IN THE DISTRICT COURT OF THE UNITED STATES

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRYL L. BROWN,                       )
                                       )
    Plaintiff,                      )
                                       )
v.                                     )   CASE NO. 2:19cv159-SRW
                                       )
FORD MOTOR COMPANY,                    )
                                       )
                                       )
    Defendant.                      )

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

       The undersigned party has read the Notice of Assignment to United States Magistrate Judge and hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case.  The undersigned party requests reassignment of this case to a United States District Judge.  The party understands that this request may not be revoked.


_____          _____
      Date                                Signature


                                     _____
                                     Counsel For (**print** name of party or parties)


                                     _____
                                     Address, City, State, Zip Code


                                     _____
                                     Telephone Number

**Return form to:**
Debra Hackett, Clerk, United States District Court for the Middle District of Alabama,
1 Church Street, B110; Montgomery, Alabama 36104