IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL L. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19cv159-SRW |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

RECEIVED
2019 APR -8 A 11: 40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge's conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

4/4/2019
Date

_J. R. C___
Signature

J. Bart Cannon  Counsel for
Counsel For (**print** name of party or parties)   Defendant

3291 US Highway 280, Ste. 200
Address, City, State, Zip Code   B'ham AL 35243

205-251-1193
Telephone Number

**Return form to:**
Debra Hackett, Clerk, United States District Court for the Middle District of Alabama,
1 Church Street, B110; Montgomery, Alabama 36104

**OR**

follow instructions in above order to complete online
IN THE DISTRICT COURT OF THE UNITED STATES

4